**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

---

**No. 98-10900**
**Summary Calendar**

---

**PAMELA Y. VALENTINE,**

**Plaintiff-Appellant,**

**VERSUS**

**CHARLES A. BOWSHER, Comptroller General of the United States,**

**Defendant-Appellee.**

---

Appeal from the United States District Court
for the Northern District of Texas

(3:96-CV-982-D)

---

February 12, 1999

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

In April 1986, Pamela Valentine ("Valentine") filed suit against Charles A. Bowsher, Comptroller General of the United States, contending that her employer, the United States General Accounting Office ("GAO") retaliated against her in violation of her rights under Title VII, when it declined on two occasions to

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

place her on a best qualified list, which is a prerequisite for eligibility for a promotion to a position to which the list applies. In April 1998, the GAO filed a motion for summary judgment, contending that Valentine had failed to establish that she is complaining of an ultimate employment decision and that she cannot present a genuine issue of material fact as to the causative relationship between the protected activity and an adverse employment decision. The district court granted GAO's motion for summary judgment and Valentine now appeals.

We have carefully reviewed the briefs, the reply brief, the record excerpts, and relevant portions of the record itself. For the reasons stated by the district court in its memorandum opinion and order entered June 12, 1998, we affirm the final judgment of dismissal entered of even date therewith.

**AFFIRMED.**